UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

1901 W. Platt St., LLC

    Debtor.
_____/

Chapter 11
Case No.: 8:14-bk-5906-CPM

Palscher, Inc.,

    Plaintiff,

v.

1901 W. Platt St., LLC, et. al.,

    Defendant.
_____/

Adv. Pro. No: 8:22-ap-00083-CPM

## STIPULATION FOR DISMISSAL

The Parties, by their respective undersigned counsel, file this Stipulation for Dismissal ("Stipulation"), and state:

1. This Adversary Proceeding shall be dismissed with prejudice.

2. The Parties shall bear their own costs and attorneys' fees[1].

3. The parties request the Court enter an order, in the form of that order attached hereto as exhibit "A", approving this stipulation.

The remainder of page intentionally left blank.

---

[1] This Stipulation is only prospective in application and is not applicable to any attorneys' fees and costs paid and received by or amongst the parties prior to this Stipulation.

Dated: August 28, 2023.

/s/ John W. Landkammer
**JOHN W. LANDKAMMER, ESQ.**
Florida Bar Number 0675547
jlandkammer@anthonyandpartners.com
**ANTHONY & PARTNERS, LLC**
100 S. Ashley Drive, Suite 1600
Tampa, FL, 3360
Telephone: 813/273-5616
Facsimile: 813/221-4113
*Attorneys for Palscher*

/s/ Leon A. Williamson, Jr.
Leon A. Williamson, Jr.
Florida Bar Number 363537
Williamson Law Firm
306 South Plant Ave., Suite B
Tampa, FL  33606
Telephone (813) 253-3109
Leon@LwilliamsonLaw.com
*Attorney for Debtor*

*[Pursuant to Local Rule 1001-2(g)(3)*
*regarding signatures, Leon Williamson, Jr.*
*attests that concurrence in the filing of*
*this paper has been obtained.]*

## Certificate of Service

I hereby certify that a true copy of the foregoing has been served on interested parties by CM/ECF on this 28th day of August, 2023.

/s/ Leon A. Williamson, Jr.

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

1901 W. Platt St., LLC

  Debtor.
_____/

Chapter 11
Case No.: 8:14-bk-5906-CPM

Palscher, Inc.,

  Plaintiff,

v.

1901 W. Platt St., LLC, et. al.,

  Defendant.
_____/

Adv. Pro. No: 8:22-ap-00083-CPM

<u>ORDER APPROVING STIPULATION FOR DISMISSAL</u>

This matter came before the Court on the Parties' *STIPULATION FOR DISMISSAL* (Doc. No. ____) ("Stipulation"). The Court has determined the Stipulation Motion should be approved. Accordingly, it is

  ORDERED:

  1. The Stipulation is Approved.

  2. This Adversary Proceeding is dismissed, with prejudice.

2

3. The Parties shall bear their own costs and attorneys' fees in this adversary proceeding; however, this Order does not affect any attorneys' fees or costs that were paid and received by an amongst the parties prior to the entry of this Order.

This order shall be served on the Parties by CM/ECF.