ORDERED.

Dated: September 05, 2023

*Catherine M°Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

1901 W. Platt St., LLC

Debtor.
_____/

Chapter 11
Case No.: 8:14-bk-5906-CPM

Palscher, Inc.,

Plaintiff,
v.

1901 W. Platt St., LLC, et. al.,

Defendant.
_____/

Adv. Pro. No: 8:22-ap-00083-CPM

ORDER APPROVING STIPULATION FOR DISMISSAL

This matter came before the Court on the Parties' *STIPULATION FOR DISMISSAL* (Doc. No. 131) ("Stipulation"). The Court has determined the Stipulation Motion should be approved. Accordingly, it is

ORDERED:

1. The Stipulation is Approved.

2. This Adversary Proceeding is dismissed, with prejudice.

3.     The Parties shall bear their own costs and attorneys' fees in this adversary proceeding; however, this Order does not affect any attorneys' fees or costs that were paid and received by an amongst the parties prior to the entry of this Order.

This order shall be served on the Parties by CM/ECF.